MAYA V. ANDERSON (Bar No. 17559)
Disability Law Center
960 S. Main Street
Salt Lake City, Utah 84101
Phone: (801) 363-1347
Fax: (801) 363-1437
Email: mvanderson@disabilitylawcenter.org

*Attorney for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH, SOUTHERN DIVISION**

| | |
|---|---|
| **PAITYN CARVER,**<br><br>Plaintiff,<br><br>v.<br><br>**IRON COUNTY SCHOOL DISTRICT,**<br><br>Defendant. | **STIPULATED MOTION TO DISMISS**<br><br>Case No. 4:24-cv-00062-DN-PK<br><br>District Judge David Nuffer<br>Magistrate Judge Paul Kohler |

Plaintiff Paityn Carver, ("Ms. Carver"), and Defendant Iron County School District ("Defendant") (collectively, the "Parties"), hereby submit the following Stipulated Motion to Dismiss. The Parties executed a settlement agreement in this matter on October 22, 2024. The Parties filed a Joint Status Report with the Court on November 12, 2024, updating the Court on the status of unfulfilled terms contained in the settlement agreement. The Parties have since confirmed that the remaining outstanding terms of the settlement agreement have been fulfilled. Therefore, pursuant to the terms of the settlement agreement, the Parties hereby move the Court to dismiss this case with prejudice.

Respectfully submitted this 19th day of November, 2024.

<u>*/s/ Maya V. Anderson*</u>
Maya V. Anderson
DISABILITY LAW CENTER
*Attorney for Plaintiff*

<u>*/s/ Scott F. Garrett*</u>
*(signed electronically with permission)*
Scott F. Garrett
DENTONS DURHAM JONES PINEGAR
*Attorney for Defendant*